McKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
ROBERT E. ALLEN (SBN 166589)
rallen@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
865 S. Figueroa St., Suite 2900
Los Angeles, CA 90017
T:  (213) 694-1200; F:  (213) 694-1234

MILLER LAW LLC
MARVIN A. MILLER (admitted *pro hac vice*)
mmiller@millerlawllc.com
ANDREW SZOT (admitted *pro hac vice*)
aszot@millerlawllc.com
KATHLEEN E. BOYCHUCK (admitted *pro hac vice*)
kboychuck@millerlawllc.com
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
T:  (312) 332-3400; F:  (312) 676-2676

Attorneys for Plaintiffs
ABS ENTERTAINMENT, INC., BARNABY
RECORDS, INC., BRUNSWICK RECORD
CORPORATION and MALACO, INC.

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS ENTERTAINMENT, INC., an Arkansas corporation, BARNABY RECORDS, INC., a California corporation, BRUNSWICK RECORD CORPORATION, a New York corporation and MALACO, INC., a Mississippi corporation, each individually and on behalf of all others similarly situated.<br><br>              Plaintiffs,<br><br>      v. | Case No. 15-cv-06257 PA (AGRx)<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**1.  VIOLATION OF CALIFORNIA CIVIL CODE § 980(a)(2);**<br>**2.  MISAPPROPRIATION;**<br>**3.  VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200; and**<br>**4.  CONVERSION.**<br><br>**DEMAND FOR JURY TRIAL** |

1  CBS CORPORATION, a Delaware
2  corporation; CBS RADIO INC., a
   Delaware corporation; and DOES 1
3  through 10,

4           Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

FIRST AMENDED CLASS ACTION COMPLAINT

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

Plaintiffs ABS Entertainment, Inc. ("ABS"), Barnaby Records, Inc. ("Barnaby"), Brunswick Record Corporation ("Brunswick") and Malaco, Inc. ("Malaco") (ABS, Barnaby, Brunswick and Malaco are sometimes collectively referred to as "Plaintiffs"), individually and on behalf of all other similarly situated owners of sound recordings, hereby complain and allege as follows:

## PRELIMINARY STATEMENT

1.      This is a class action on behalf of owners of sound recording to obtain injunctive relief and monetary damages sustained by Plaintiffs and the Class because the Defendants, through their actions to deliver music content through broadcast radio channels, HD radio channels, the Internet and mobile devices without consent of or licenses from the Plaintiffs and the Class.  As a result of their pernicious, improper and illegal conduct, Defendants have reaped hundreds of millions of dollars that rightfully belong to Plaintiffs and the Class.

2.      Defendant CBS Corporation (through itself and its subsidiaries, including CBS Radio Inc.) (collectively, "CBS") is one of the leading operators in the United States of media and entertainment services via broadcast and digital delivery. Specifically, CBS delivers music content through broadcast (AM and FM) radio channels, HD radio channels, the Internet and its stations' websites, and through one or more CBS mobile applications on smart phones, tablets and consoles.  According to CBS, as of February 10, 2015, it owned 117 domestic radio stations, servicing 26 U.S. media markets, including 77% of the top 25 markets.  (Delivery by CBS of musical content through AM and FM radio stations shall hereafter be described as the "Broadcast Service").  Many of its stations in the Broadcast Service are the most popular music stations in the applicable market, including in Los Angeles, where CBS owns and operates KROQ – 106.7 FM, KAMP – 97.1 FM, KCBS – 93.1 FM, KRTH – 101.1 FM and KTWV – 94.7 FM.

1

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

3.     CBS also streams to listeners the digital simulcast of the sound recordings being performed on its radio stations through the Internet and mobile application. (Delivery by CBS of musical content through the Internet shall hereafter be described as the "Internet Service").  The Broadcast Service and the Internet Service are sometimes referred to collectively as the "Music Service."

4.     CBS has not obtained performance rights licenses or paid public performance royalties to copyright owners of sound recordings of musical performances that initially were fixed (*i.e.*, recorded) prior to February 15, 1972 ("Pre-1972 Recordings").  Sound recordings initially fixed on or after February 15, 1972 are subject to federal copyright protection under the United States Copyright Act and are not the subject of this lawsuit.

5.     Pre-1972 recordings comprise the historical backbone of the music industry.  From Tin Pan Alley to the Big Band era to the Summer of Love, those recordings have defined generations and include the recordings of legendary artists such as Al Green, Elvis Presley, Jackie Wilson, King Floyd, The Everly Brothers and The Beatles.

6.     CBS understands the value of Pre-1972 Recordings to its Music Service but has ignored the obligation to obtain licenses to exploit those recordings.  Instead, CBS has chosen to copy tens of thousands of Pre-1972 Recordings to its servers and to transmit, copy, perform, broadcast and stream them to its millions of users on a daily basis without any authorization.  By selling advertisements and through other means, CBS profits handsomely from its exploitation of Pre-1972 Recordings.

7.     Because CBS has chosen to operate the Music Service without licenses for Pre-1972 Recordings, CBS is now liable under California law for violation of California Civil Code § 980(a)(2), misappropriation, violation of California Business & Professions Code § 17200, and conversion for its unauthorized reproduction, distribution, and public performance of those recordings.

1131467v1

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

## THE PARTIES

8.   ABS is a corporation duly organized and existing under the laws of Arkansas, with its principal place of business in West Memphis, Arkansas.

9.   Barnaby is a corporation duly organized and existing under the laws of California, with its principal place of business in Beverly Hills, California.

10.   Brunswick is a corporation duly organized and existing under the laws of New York, with its principal place of business in Islamorada, Florida.

11.   Malaco is a corporation duly organized and existing under the laws of Mississippi, with its principal place of business in Jackson, Mississippi.

12.   Through a series of transactions, ABS acquired the exclusive ownership in the sound recordings of Al Green, Willie Mitchell, Ann Peebles, Syl Johnson, Otis Clay, Bill Black Combo, and O.V Wright, a representative sample of the titles of which are specified on the attached Schedule "A1" and incorporated herein by reference (the "ABS Recordings").  ABS is the successor-in-interest to Cream Records and Hi Records, and still markets and promotes certain of the ABS Recordings under those names.

13.   Through a series of transactions, Barnaby acquired the exclusive ownership in certain sound recordings of Andy Williams, Bill Hayes, the Crickets, Eddie Hodges, Jimmy Buffett, Johnny Tillotson, Julius LaRosa, Lenny Welch, Link Wray and His Ray Men, Marion Marlowe, Ray Stevens, The Chordettes, The Everly Brothers and other artists, a representative sample of the titles of which are specified on the attached Schedule "A2" and incorporated herein by reference (the "Barnaby Recordings"). Barnaby is the successor-in-interest to Cadence Records, and still markets and promotes certain of the Barnaby Recordings under that name.

14.   Through a series of transactions, Brunswick acquired the exclusive ownership in the sound recordings of Barbara Acklin, Gene Chandler, Jackie Wilson, The Artistics, The Chi-Lites, The Young-Holt Unlimited, Tyrone Davis and other

3

1131467v1

artists, a representative sample of the titles of which are specified on the attached Schedule "A3" and incorporated herein by reference (the "Brunswick Recordings").

15.    Through a series of transactions, Malaco acquired the exclusive ownership in the sound recordings of King Floyd, Stefan Anderson, Mighty Sam, Mahalia Jackson, The Cellos, Eddie Bo, The Delroys, The Davis Sisters, The Ward Singers, The Roberta Martin Singers, Rev. James Cleveland and other artists, a representative sample of the titles of which are specified on the attached Schedule "A4" and incorporated herein by reference (the "Malaco Recordings").  Malaco is the successor-in-interest to Bess Music Company, Kenwood Records, Apollo Records and Savoy Records (Gospel), and still markets and promotes certain of the Malaco Recordings under those names.

16.    The ABS Recordings, Barnaby Recordings, Brunswick Recordings and Malaco Recordings are sometimes individually and collectively referred to as the "Recordings."

17.    Plaintiffs have been and continue to be engaged in the business of distributing, selling, and/or licensing the reproduction, distribution, sale, and performance of the Recordings including in records, audiovisual works, and for streaming (*i.e.*, performing) and downloading over the Internet.

18.    CBS Corporation is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in New York, New York.  CBS Corporation is the parent company of CBS Radio Inc., and owns and operates the Music Service, which broadcasts music to its listeners and delivers high quality streams of music to its users.

19.    CBS Radio Inc. is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in New York, New York.  CBS Radio Inc. is a wholly owned subsidiary of Defendant CBS Corporation.

20.   The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiffs who therefore sue said Defendants by such fictitious names.  Plaintiffs will amend this First Amended Complaint to allege their true names and capacities when such have been ascertained.  Upon information and belief, each of the Doe Defendants is responsible in some manner for the occurrences herein alleged, and Plaintiffs' injuries as herein alleged were proximately caused by such Defendants' acts or omissions.

21.   Plaintiffs are informed and believe, and on that basis allege, that at all times mentioned in this First Amended Complaint, CBS and each of the Doe Defendants was the agent of each other and, in doing the things alleged in this First Amended Complaint, was acting within the course and scope of such agency.

## JURISDICTION AND VENUE

22.   Jurisdiction exists pursuant to 28 U.S.C. § 1332(d)(2) because the matter in controversy exceeds the sum or value of $5 million (exclusive of interest and costs), it is a class action in which a member of a Class (defined in paragraph 35 below) is a citizen of a State different from CBS, and the number of members of the proposed Class exceeds 100.

23.   This Court has personal jurisdiction over CBS because:  (a) CBS is engaged in a continuing course of tortious conduct in California by publicly performing, reproducing, and distributing Pre-1972 Recordings within the State of California including, without limitation, through its broadcasting on its 58 owned and operated radio stations in California; and (b) CBS's conduct causes injury to Plaintiffs and the Class and their intellectual property in California.

24.   Venue in this District exists pursuant to 28 U.S.C. § 1391(b) and (c) because CBS is subject to personal jurisdiction in this District and because a substantial part of the events or omissions giving rise to the claims occurred in this

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

1131467v1

1  District.  Specifically, CBS owns and operates at least 10 radio stations in the Central

2  District of California that broadcast music to California residents and digitally

3  simulcasts the transmissions of at least 50 radio stations from the Central District of

4  California.

5  ## FACTS COMMON TO ALL CLAIMS FOR RELIEF

6  25.  Plaintiffs commercially distribute and otherwise exploit the Recordings,

7  either directly or through a licensee.

8  26.  Plaintiffs originally "mastered" the Recordings in the analog format.  To

9  "master" means to take the final mixed sound recording, possibly equalizing the

10  sounds and designate it as the definitive copy to be duplicated for the end user.  With

11  the advent of the digital age, some or all of the Recordings have been "remastered" by

12  mechanically taking the final mix of the sound recording in its analog format and

13  transferring it into a digital format without remixing, resequencing or adding additional

14  sounds.  A remastered recording and the originally mastered recording are identical in

15  the sense that the actual sounds of the artist's performances fixed in the originally

16  mastered recording are the same as the actual sounds of the artist's performances fixed

17  in the remastered recording.  Plaintiffs own all right, title and interest in the

18  Recordings, including without limitation, the Recordings to the extent that they have

19  been remastered at any time into any format.

20  27.  For some Recordings, Plaintiffs have granted licenses allowing for the

21  inclusion of a Recording on a "compilation album" with other recordings, and further

22  allowing for the distribution of the "compilation album" containing the Recording.  For

23  any such "compilation album," Plaintiffs retain all right, title and interest in the

24  ownership of the Recording on the compilation album, regardless of whether the

25  compilation album uses the originally "mastered" Recording or a "remastererd"

26  Recording in any format or on any medium.

27  28.  Plaintiffs' ownership of their Recordings, including their originally

28

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

mastered Recordings, any remastered Recordings, and any Recordings that may be embodied on a "compilation album" (in any format) includes the right to publicly perform the Recordings and the right to exclusively license the public performance of the Recordings, including without limitation public performances originating from the master Recording, any remastered Recording, and as embodied on any compilation album.

29.   CBS provides the Broadcast Service to members of the public in California and elsewhere, and broadcasts sound recordings through numerous radio stations throughout California, including, without limitation, the following:

(a)      Los Angeles:  (i) KROQ – 106.7 FM; (ii) KAMP – 97.1 FM; (iii) KCBS – 93.1 FM; (iv) KRTH – 101.1 FM; and (v) KTWV – 94.7 FM;

(b)      Palm Springs:  KEZN – 103.1 FM;

(c)      Riverside:  (i) KFRG – 95.1 FM; (ii) KVFG – 103.1 FM; and (iii) KXFG – 92.9 FM;

(d)      Sacramento:  (i) KNCI – 105.1 FM; (ii) KSFM – 102.5 FM; (iii) KYMX – 96.1 FM; and (iv) KZZO – 100.5 FM;

(e)      San Diego:  (i) KEGY – 103.7 FM; and (ii) KYXY – 96.5 FM; and

(f)      San Francisco:  (i) KITS – 105.3 FM; (ii) KLLC – 97.3 FM; and (iii) KMVQ – 99.7 FM.

Among the sound recordings that CBS publicly performs, reproduces and distributes through the Broadcast Service are the Recordings.

30.   The Internet Service is provided by CBS to members of the public in California and elsewhere, and delivers and streams (and licenses others to deliver and stream) music through its station's websites, and through smart phones and tablets through its downloadable Android and iOS Apps.  Among the sound recordings that CBS publicly performs, reproduces, and distributes through the Internet Service are the Recordings.

FIRST AMENDED CLASS ACTION COMPLAINT

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

1131467v1

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

31.   CBS understands that having a vast and complete range and array of music is critical to the success of any music service, which is why Pre-1972 Recordings constitute a significant part of the Music Service.  Through the Internet Service, CBS offers and advertises live radio simulcast, which allows a user to select and listen to the live audio simulcast of hundreds of radio stations throughout the United States, inclusive of radio stations owned by CBS.  Many of these radio stations are dedicated to Pre-1972 Recordings.  CBS promotes these stations in order to establish and increase its user base, popularity, and revenue.

32.   Plaintiffs are informed and believe, and on that basis allege, that in order to populate the Music Service's databases and in order to broadcast and stream musical recordings to the public, CBS has reproduced and copied and continues to reproduce and copy Pre-1972 Recordings to one or more servers and storage devices, and uses technology or systems that results in one or more copies of Pre-1972 Recordings being distributed to its users' computers or storage devices.

33.   CBS does not, and knows that it does not, have any license, right or authority to reproduce, perform, distribute or otherwise exploit *via* the Music Service any Pre-1972 Recordings (including the Recordings).  CBS also knows which of the recordings its reproduces, performs, distributes or otherwise exploits *via* the Music Service are Pre-1972 Recordings.

34.   CBS's entire business is built around selling access to music and selling the music.  CBS delivers audio advertisements to its users in between songs and displays (through the Internet Service, including mobile apps) visual ads while music is playing.

## CLASS ACTION ALLEGATIONS

35.   Plaintiffs bring this action, pursuant to Fed. R. Civ. P. 23, on behalf of themselves individually and on behalf of all other similarly situated owners of Pre-1972 recordings, which recordings were reproduced, performed, distributed or

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

otherwise exploited by CBS via the Music Service in California.  The proposed Class is comprised of and defined as follows:

> All owners of sound recordings of musical performances that initially were "fixed" (*i.e.,* recorded) prior to February 15, 1972, which sound recordings were reproduced, performed, distributed and/or otherwise exploited by CBS *via* any form or method of delivery or storage (*e.g.,* terrestrial broadcast, Internet, computer, server, etc.) in California (the "Class").

36.   This action may be properly brought and maintained as a class action because there is a well-defined community of interest in the litigation and the members of the proposed Class are clearly and easily ascertainable and identifiable.

37.   The Class for whose benefit this action is brought is so numerous and geographically dispersed that joinder of all members of the Class is impracticable. Plaintiffs are informed and believe that there are hundreds or thousands of members of the Class whose identity can be readily ascertained from third party, music industry sources and from CBS's database files and records.  Therefore, the Class can be readily located and notified of this action.

38.   Plaintiffs' claims are typical of the claims of the members of the Class, and Plaintiffs' interests are consistent with and not antagonistic to those of the Class they seek to represent.  Plaintiffs and all members of the Class have sustained actual pecuniary loss and face irreparable harm arising out of CBS's continued course of conduct as complained of herein.

39.   Plaintiffs do not have any interests that are adverse to, or which conflict with, the interests of the absent members of the Class, and they are able to fairly and adequately represent and protect the interests of such Class.  Plaintiffs have raised viable statutory, misappropriation, unfair business practices, and conversion claims of the type reasonably expected to be raised by members of the Class, and will vigorously

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

9

1131467v1

pursue those claims.  Plaintiffs are represented by experienced, qualified and competent counsel, who are experienced in complex commercial litigation, class action procedures, and the legal subject matter of this dispute.  Plaintiffs and their counsel are committed to prosecuting this action vigorously.

40.   Common questions of fact or law exist as to all members of the Class that predominate over any questions affecting only individual members of the Class.  These common legal or factual questions, include but are not limited to, the following:

(A)   Whether CBS reproduced, performed, distributed or otherwise exploited via the Music Service Pre-1972 Recordings in California;

(B)   Whether CBS's reproduction, performance, distribution or other exploitation via the Music Service of Pre-1972 Recordings in California constitutes a violation of California Civil Code § 980(a)(2);

(C)   Whether CBS's reproduction, performance, distribution or other exploitation via the Music Service of Pre-1972 Recordings in California constitutes an unfair business practice in violation of California Business & Professions Code § 17200;

(D)   Whether CBS's reproduction, performance, distribution or other exploitation via the Music Service of Pre-1972 Recordings in California constitutes misappropriation;

(E)   Whether CBS's reproduction, performance, distribution or other exploitation via the Music Service of Pre-1972 Recordings in California constitutes conversion;

(F)   The basis and method for determining and computing damages and/or restitution and disgorgement;

(G)   Whether, pursuant to California Civil Code § 3294, CBS is guilty of oppression, fraud, or malice thereby entitling Plaintiffs and the members of the Class to an award of punitive damages; and

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

10
FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

(H)   Whether CBS's conduct is continuing thereby entitling Plaintiffs and the members of the Class to injunctive or other relief.

41.   A class action is superior to other available methods for the fair and efficient adjudication of this controversy since individual litigation of the claims of all class members is impracticable.  Thus, for the vast majority of the members of the Class, the expense and burden of individual litigation would not justify pursuing the claims individually.  Even if every member of the Class could afford to pursue individual litigation, the Court system could not.  It would be unduly burdensome to the courts in which individual similar litigation of numerous cases would proceed.  Individualized litigation would also present the potential for varying, inconsistent, or contradictory judgments and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues.  By contrast, the maintenance of this action as a class action presents few, if any, management difficulties, conserves the resources of the parties and of the court system, and protects the rights of each member of the Class.  Plaintiffs do not anticipate any difficulty in the management of this action as a class action.

## FIRST CLAIM FOR RELIEF

### (For Violation of California Civil Code § 980(a)(2) Against All Named Defendants and Does 1 through 10)

42.   Plaintiffs hereby incorporate the allegations set forth above in paragraphs 1 through 41 above, as though fully set forth herein.

43.   Pursuant to California Civil Code § 980(a)(2), Plaintiffs and the members of the Class possess exclusive ownership interests in and to the Pre-1972 Recordings, including the artistic performances embodied in those recordings.

44.   Through its unauthorized reproduction, performance, distribution, or other exploitation via the Music Service of Pre-1972 Recordings (including the Recordings)

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

1131467v1

in California, CBS has infringed the exclusive ownership interests in and to the Pre-1972 Recordings in violation of California Civil Code § 980(a)(2).

45.  As a direct and proximate consequence of CBS's violation of California Civil Code § 980(a)(2), CBS has received and retained money and value that rightfully belongs to Plaintiffs and the members of the Class.

46.  As a direct and proximate consequence of CBS's violation of California Civil Code § 980(a)(2), Plaintiffs and the Class have been damaged in an amount that is not as yet fully ascertained but which Plaintiffs will ascertain and present through competent evidence at trial, but which is no less than $5 million.

47.  CBS's conduct is causing, and unless enjoined and restrained by this Court will continue to cause Plaintiffs and the Class great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs and each member of the Class do not have an adequate remedy at law.  Plaintiffs and each member of the Class are entitled to temporary, preliminary and permanent injunctions, prohibiting further violation of the ownership interests of Plaintiffs and each member of the Class in the Pre-1972 Recordings.

## SECOND CLAIM FOR RELIEF

**(For Misappropriation Against All Named Defendants and Does 1 Through 10)**

48.  Plaintiffs hereby incorporate the allegations set forth above in paragraphs 1 through 41 above, as though fully set forth herein.

49.  Pursuant to California Civil Code § 980(a)(2) and California common law, Plaintiffs and the Class possess exclusive ownership interests in and to the Pre-1972 Recordings, including the artistic performances embodied in those recordings.

50.  Plaintiffs and their predecessors in interest invested substantial time and money in developing the Recordings.

51.  Because CBS does not obtain licenses, it does not incur any of the costs that a licensee is otherwise obligated to pay in order to reproduce, perform, distribute

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

or otherwise exploit via the Music Service Pre-1972 Recordings (including the Recordings).

52.   CBS has misappropriated, and continues to misappropriate, for its own commercial benefit, the exclusive ownership interests in and to the Pre-1972 Recordings reproducing, performing, distributing or otherwise exploiting via the Music Service Pre-1972 Recordings (including the Recordings).

53.   As a direct and proximate consequence of CBS's misappropriation, CBS has received and retained money and value that rightfully belongs to Plaintiffs and the Class.

54.   As a direct and proximate consequence of CBS's misappropriation, Plaintiffs and the Class have been damaged in an amount that is not as yet fully ascertained but which Plaintiffs will ascertain and present through competent evidence at trial.

55.   Plaintiffs are informed and believe, and on that basis allege, that in engaging in the conduct described herein, CBS acted with oppression, fraud and/or malice.  CBS's conduct has been despicable and undertaken in conscious disregard of the rights of Plaintiffs and the Class.  Accordingly, Plaintiffs and the Class are entitled to an award of punitive damages against CBS in an amount sufficient to punish and make an example of it.

56.   CBS's conduct is causing, and unless enjoined and restrained by this Court, will continue to cause, Plaintiffs and the Class great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs and the Class do not have an adequate remedy at law.  Plaintiffs and the Class are entitled to temporary, preliminary and permanent injunctions, prohibiting further violation of the ownership interests of Plaintiffs and the Class in the Pre-1972 Recordings.

1131467v1

## THIRD CLAIM FOR RELIEF

### (For Unfair Business Practices Against All Named Defendants and Does 1 Through 10)

57. Plaintiffs hereby incorporate the allegations set forth above in paragraphs 1 through 41 above, as though fully set forth herein.

58. Pursuant to California Civil Code § 980(a)(2) and California common law, Plaintiffs and the Class possess exclusive ownership interests in and to the Pre-1972 Recordings, including the artistic performances embodied in those recordings.

59. CBS's conduct in reproducing, performing, distributing, or other exploitation via the Music Service Pre-1972 Recordings (including the Recordings) constitutes a misappropriation of the property rights of the Plaintiffs and the Class in the Pre-1972 Recordings and a violation of California Civil Code § 980(a)(2).

60. By misappropriating the property rights of the Plaintiffs and each member of the Class in the Pre-1972 Recordings and by violating California Civil Code § 980(a)(2), CBS has engaged in unfair business practices in violation of California Business & Professions Code § 17200.

61. As a direct and proximate consequence of its violation of California Business & Professions Code § 17200, CBS has received and retained money and value that rightfully belongs to Plaintiffs and the Class.

62. As a direct and proximate result of CBS's conduct, Plaintiffs and each member of the Class are entitled to restitution and disgorgement under California Business & Professions Code § 17200 in an amount that is not as yet fully ascertained but which Plaintiffs will ascertain and present through competent evidence at trial.

63. Plaintiffs are informed and believe, and on that basis allege, that in engaging in the conduct described herein, CBS acted with oppression, fraud and/or malice. The conduct of CBS has been despicable and undertaken in conscious disregard of the rights of Plaintiffs and the Class. Accordingly, Plaintiffs and the Class

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

1131467v1

1  are entitled to an award of punitive damages against CBS in an amount sufficient to

2  punish and make an example of it.

3        64.   CBS's conduct is causing, and unless enjoined and restrained by this Court,

4  will continue to cause Plaintiffs and the Class great and irreparable injury that cannot

5  fully be compensated or measured in money.  Plaintiffs and the Class do not have an

6  adequate remedy at law.  Plaintiffs and the Class are entitled to temporary, preliminary

7  and permanent injunctions, prohibiting further violation of the ownership interests of

8  Plaintiffs and the Class in the Pre-1972 Recordings.

9                      **FOURTH CLAIM FOR RELIEF**

10    **(For Conversion Against All Named Defendants and Does 1 Through 10)**

11       65.   Plaintiffs hereby incorporate the allegations set forth above in paragraphs 1

12  through 41 above, as though fully set forth herein.

13       66.   Pursuant to California Civil Code § 980(a)(2) and California common law,

14  Plaintiffs and the Class possess exclusive ownership interests in and to the Pre-1972

15  Recordings, including the artistic performances embodied in those recordings.

16       67.   By reproducing, performing, distributing or otherwise exploiting via the

17  Music Service Pre-1972 Recordings (including the Recordings), CBS has converted

18  for its own use Plaintiffs and the Class's property rights in the Pre-1972 Recordings

19  and has dispossessed each of their of property rights.

20       68.   As a direct and proximate consequence of its conversion, CBS has received

21  and retained money and value that rightfully belongs to Plaintiffs and the Class.

22       69.   As a direct and proximate consequence of CBS's conversion, Plaintiffs and

23  the Class have been damaged in an amount that is not as yet fully ascertained but

24  which Plaintiffs will ascertain and present through competent evidence at trial.

25       70.   Plaintiffs are informed and believe, and on that basis allege, that in

26  engaging in the conduct described herein, CBS acted with oppression, fraud and/or

27  malice.  CBS's conduct has been despicable and undertaken in conscious disregard of

28

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

the rights of Plaintiffs and each member of the Class.  Accordingly, Plaintiffs and the Class are entitled to an award of punitive damages against CBS in an amount sufficient to punish and make an example of it.

71.    CBS's conduct is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiffs and the Class great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs and the Class do not have an adequate remedy at law.  Plaintiffs and the Class are entitled to temporary, preliminary and permanent injunctions, prohibiting further violation of the ownership interests of Plaintiffs and the Class in the Pre-1972 Recordings.

## **PRAYER**

WHEREFORE, Plaintiffs, on behalf of themselves and all other members of the Class, pray for Judgment against CBS and the Doe defendants, and each of them, as follows:

A.    Determining that this is a proper class action maintainable pursuant to Rule 23 of the Federal Rules Civil Procedure, and certifying Plaintiffs as Class Representatives, and appointing Plaintiffs' counsel as Class Counsel.

B.    On all claims other than the Third, compensatory damages in excess of $5 million according to proof.

C.    On the third claim, restitution and disgorgement of CBS's unlawful proceeds and revenues, including CBS's gross profits, in excess of $5 million.

D.    On all claims other than the first, punitive and exemplary damages according to proof at trial.

E.    On all claims, a temporary, preliminary, and permanent injunction enjoining and restraining CBS, and their respective agents, servants, directors, officers, principals, employees, representatives, subsidiaries and affiliated companies, successors, assigns, and those acting in concert with them or at their direction, from infringing, misappropriating, or converting, directly or indirectly, in California the

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

16

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

1  exclusive ownership interests in and to the Pre-1972 Recordings, including the artistic
2  performances embodied in those recordings, including without limitation by directly or
3  indirectly copying, reproducing, downloading, distributing, communicating to the
4  public, uploading, linking to, transmitting, publicly performing, or otherwise
5  exploiting in any manner any of the Pre-1972 Recordings, via the Music Service or
6  otherwise.

7        F.    On all claims, pre- and post-judgment interest.

8        G.    For such fees and costs (including reasonable attorneys' fees) incurred
9  herein as permitted by law.

10       H.    For such other and further relief as the Court deems just and proper.

11  DATED: October 29, 2015          McKOOL SMITH HENNIGAN, P.C.

13                         By:        /s/ Robert E. Allen

14                                    Robert E. Allen

15                                and

16                         MILLER LAW LLC

17                              Attorneys for Plaintiffs

18                         ABS ENTERTAINMENT, INC., BARNABY
19                         RECORDS, INC., BRUNSWICK RECORD
                           CORPORATION and MALACO, INC.

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

1131467v1

1

## <u>DEMAND FOR JURY TRIAL</u>

2       Plaintiffs, ABS ENTERTAINMENT, INC., BARNABY RECORDS, INC.,

3  BRUNSWICK RECORD CORPORATION and MALACO, INC., demand a trial by

4  jury of the claims for relief so triable as alleged in this First Amended Complaint.

5

6  DATED: October 29, 2015          McKOOL SMITH HENNIGAN, P.C.

7

8                                   By:        /s/ Robert E. Allen

9                                   _____

                                              Robert E. Allen

10                                       and

11                                  MILLER LAW LLC

12                                      Attorneys for Plaintiffs

13                                  ABS ENTERTAINMENT, INC., BARNABY
                                    RECORDS, INC., BRUNSWICK RECORD
14                                  CORPORATION and MALACO, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKOOL SMITH HENNIGAN, P.C.
865 S. FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

18

FIRST AMENDED CLASS ACTION COMPLAINT

1131467v1

# SCHEDULE A-1

### Schedule "A1"

### Representative Sampling of ABS's Pre-1972
### Sound Recordings Infringed

| Artist | Title |
|---|---|
| Ace Cannon | Tuff |
| Ace Cannon | Blues (Stay Away From Me) |
| Ace Cannon | Cotton Fields |
| Ace Cannon | Searchin |
| Al Green | Want to Hold Your Hand |
| Al Green | One Woman |
| Al Green | You Say It |
| Al Green | Right Now, Right Now |
| Al Green | I Can't Get Next To You |
| Al Green | Driving Wheel |
| Al Green | Tired of Being Alone |
| Al Green | Let's Stay Together |
| Ann Peebles | Walk Away |
| Ann Peebles | Give Me Some Credit |
| Ann Peebles | Generation Gap Between Us |
| Ann Peebles | Part Time Love |
| Ann Peebles | I Pity The Fool |
| Bill Black Combo | Smokie, Part 2 |
| Bill Black Combo | White Silver Sands |
| Bill Black Combo | Josephine |
| Bill Black Combo | Don't Be Cruel |
| Bill Black Combo | Blue Tango |
| Bill Black Combo | Hearts of Stone |
| Bill Black Combo | Ole Buttermilk Sky |
| Bill Black Combo | Movin |
| Bill Black Combo | Twist Her |
| Bill Black Combo | Do It - Rat Now |
| Bill Black Combo | Money Shine |
| Otis Clay | That's How It Is (When You're In Love) |
| Otis Clay | A Lasting Love |
| Otis Clay | She's About A Mover |
| O.V. Wright | You're Gonna Make Me Cry |
| O.V. Wright | Eight Men, Four Women |
| O.V. Wright | Heartaches, Heartaches |
| O.V. Wright | Oh Baby Mine |
| O.V. Wright | I'll Take Care of You |
| O.V. Wright | Ace of Spades |

**Schedule "A1"**

**Representative Sampling of ABS's Pre-1972
Sound Recordings Infringed**

| Artist | Title |
| --- | --- |
| O.V. Wright | When You Took Your Love From Me |
| O.V. Wright | A Nickel and a Nail |
| Syl Johnson | Come On Sock It To Me |
| Syl Johnson | Different Strokes |
| Syl Johnson | Dresses Too Short |
| Syl Johnson | Is It Because I'm Black |
| Syl Johnson | Concrete Reservation |
| Syl Johnson | One Way Ticket to Nowhere |
| Syl Johnson | Get Ready |
| Wilie Mitchell | 20-75 |
| Wilie Mitchell | Percolatin |
| Wilie Mitchell | Buster Browne |
| Wilie Mitchell | Bad Eye |
| Wilie Mitchell | Slippin' and Slidin' |
| Wilie Mitchell | Soul Serenade |
| Wilie Mitchell | Prayer Meetin' |
| Wilie Mitchell | 30-60-90 |
| Wilie Mitchell | My Babe |

# SCHEDULE A-2

Schedule "A2"

**Representative Sampling of Plaintiff's Pre-1972**
**Sound Recordings Infringed**

| Artist | Title |
|---|---|
| Andy Williams | (In The Summertime) You Dont' Want My Love |
| Andy Williams | Are You Sincere? |
| Andy Williams | Butterfly |
| Andy Williams | Canadian Sunset |
| Andy Williams | I Like Your Kind of Love |
| Andy Williams | Lonely Street |
| Andy Williams | The Bilbao Song |
| Andy Williams | The Hawaiian Wedding Song (Ke Kali Nei Au) |
| Andy Williams | The Village of St. Bernadette |
| Archie Bleyer | Hermando's Hideaway (from Pajama Game) |
| Archie Bleyer | The Naughty Lady of Shady Lane |
| Bill Hayes | The Ballad of Davy Crockett |
| Crickets (w/o Buddy Holly) | It'S So Easy |
| Crickets (w/o Buddy Holly) | Oh Boy! |
| Crickets (w/o Buddy Holly) | Peggy Sue |
| Crickets (w/o Buddy Holly) | That'll Be The Day |
| Eddie Hodges | (Girls Girls Girls) Made To Love |
| Eddie Hodges | I'm Gonna Knock At Your Door |
| Jimmy Buffett | Captain America |
| Johnny Tillotson | I Can't Help It (If I'm Still In Love With You) |
| Johnny Tillotson | It Keeps Right On A-Hurtin' |
| Johnny Tillotson | Jimmy's Girl |
| Johnny Tillotson | Out Of My Mind |
| Johnny Tillotson | Poetry In Motion |
| Johnny Tillotson | Send Me The Pillow That You Dream On |
| Johnny Tillotson | You Can Never Stop Me Loving You |
| Julius LaRosa | Anywhere I Wander |
| Julius LaRosa | Domani (Tomorrow) |
| Julius LaRosa | Eh! Cumpari |
| Lenny Welch | Ebb Tide |
| Lenny Welch | Since I Fell For You |
| Link Wray & His Ray Men | Rumble |
| Marion Marlowe | The Man In The Raincoat |
| Ray Stevens | Everything Is Beautiful |
| Ray Stevens | Gitarzan |
| The Chordettes | Born To Be With You |

**Schedule "A2"**

**Representative Sampling of Plaintiff's Pre-1972
Sound Recordings Infringed**

| Artist | Title |
|---|---|
| The Chordettes | Eddie My Love |
| The Chordettes | Just Between You And Me |
| The Chordettes | Lay Down Your Arms |
| The Chordettes | Lollipop |
| The Chordettes | Mr. Sandman |
| The Chordettes | Never On Sunday |
| The Chordettes | Zorro |
| The Everly Brothers | ('Til) I Kissed You |
| The Everly Brothers | All I Have To Do Is Dream |
| The Everly Brothers | Bird Dog |
| The Everly Brothers | Bye Bye Love |
| The Everly Brothers | Devoted To You |
| The Everly Brothers | Let It Be Me |
| The Everly Brothers | Like Strangers |
| The Everly Brothers | Poor Jenny |
| The Everly Brothers | Problems |
| The Everly Brothers | Take A Message To Mary |
| The Everly Brothers | This Little Girl Of Mine |
| The Everly Brothers | Wake Up Little Susie |
| The Everly Brothers | When Will I Be Loved |

# SCHEDULE A-3

Schedule "A3"

**Representative Sampling of Brunswick's Pre-1972
Sound Recordings Infringed**

| Artist | Title |
|---|---|
| Barbara Acklin | Am I The Same Girl |
| Barbara Acklin | I Did It |
| Barbara Acklin | Just Ain't No Love |
| Barbara Acklin | Love Makes A Woman |
| Barbara Acklin & Gene Chandler | From The Teacher To The Preacher |
| Bob McFadden & Dor | The Mummy |
| Gene Chandler | Nothing Can Stop Me |
| Gene Chandler | The Girl Don't Care |
| Jackie Wilson | (Your Love Keeps Lifting Me) Higher & Higher |
| Jackie Wilson | A Woman A Lover A Friend |
| Jackie Wilson | Alone At Last |
| Jackie Wilson | Baby Workout |
| Jackie Wilson | Doggin' Around |
| Jackie Wilson | I'll Be Satisfied |
| Jackie Wilson | I'm Comin' On Back To You |
| Jackie Wilson | Lonely Teardrops |
| Jackie Wilson | My Empty Arms |
| Jackie Wilson | Night |
| Jackie Wilson | Please Tell Me Why |
| Jackie Wilson | Reet Petite |
| Jackie Wilson | That's Why (I Love You So) |
| Jackie Wilson | To Be Loved |
| Jackie Wilson | We Have Love |
| Jackie Wilson | Whispers (Gettin' Louder) |
| Jackie Wilson | You Better Know It |
| Jackie Wilson & Count Basie | For Your Precious Love |
| The Artistics | Girl I Need You |
| The Artistics | I'm Gonna Miss You |
| The Chi-Lites | (For God's Sake) Give More Power To The People |
| The Chi-Lites | Are You My Woman (Tell Me So) |
| The Chi-Lites | Give It Away |
| The Chi-Lites | Have You Seen Her |
| The Chi-Lites | I Like Your Lovin' (Do You Like Mine) |
| The Chi-Lites | Oh Girl |
| The Chi-Lites | We Are Neighbors |
| The Lost Generation | The Sly, Slick & The Wicked |
| The Young-Holt Unlimited | Soulful Strut |
| The Young-Holt Unlimited | Wack Wack |

**Schedule "A3"**

**Representative Sampling of Brunswick's Pre-1972**
**Sound Recordings Infringed**

| Artist | Title |
| --- | --- |
| Tyrone Davis | Can I Change My Mind |
| Tyrone Davis | I Had It All The Time |
| Tyrone Davis | I'll Be Right Here |
| Tyrone Davis | Is It Something That You've Got |
| Tyrone Davis | Turn Back The Hands Of Time |
| Tyrone Davis | You Keep Me Holding On |
| Willie Henderson | Funky Chicken |

# SCHEDULE A-4

**Schedule "A4"**

**Representative Sampling of Malaco's Pre-1972
Sound Recordings Infringed**

| Artist | Title |
|---|---|
| Malaco Records | |
| | |
| King Floyd | Groove Me |
| King Floyd | Baby Let Me Kiss You |
| King Floyd | I Feel Like Dynamite |
| King Floyd | Woman Don't Go Astray |
| Mighty Sam | Mr. and Mrs. Untrue |
| | |
| Apollo Records | |
| | |
| Mahalia Jackson | In the Upper Room |
| Mahalia Jackson | Go Tell It On The Mountain |
| Mahalia Jackson | Silent Night |
| Mahalia Jackson | His Eye Is On The Sparrow |
| The Cellos | Rang Tang Ding Done |
| Eddie Bo | Hey Bo |
| The Delroys | Bermuda Shorts |
| | |
| Savoy Records (Gospel) | |
| | |
| The Davis Sisters | Twelve Gates To The City |
| The Ward Singers | Surely God Is Able |
| The Roberta Martin Singers | God Is Still On The Throne |
| Rev. James Cleveland | Peace Be Still |
| Rev. James Cleveland | I Stood On The Banks of the Jordan |
| Rev. James Cleveland | The Love Of God |