JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS ENTERTAINMENT INC.; BARNABY RECORDS, INC.; BRUNSWICK RECORD CORPORATION; MALACO INC., <br><br>Plaintiffs, <br><br>v. <br><br>CBS CORPORATION; CBS RADIO INC., <br><br>Defendants. | No.   CV 15-6257 PA (AGRx) <br><br>JUDGMENT |

In accordance with the Court's May 30, 2016, Minute Order granting defendants CBS Corporation and CBS Radio Inc.'s (collectively "Defendants") Motion for Summary Judgment, the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.  Plaintiffs ABS Entertainment Inc., Barnaby Records, Inc., Brunswick Record Corporation, and Malaco Inc.(collectively "Plaintiffs") shall recover nothing from Defendants on Plaintiffs' claims for relief;

2.  Defendants shall have judgment in their favor on Plaintiffs' claims for relief; and

3. Defendants shall have their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: May 30, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE