David Halberstadter (CA 107033)
david.halberstadter@katten.com
Tami Kameda Sims (CA 245628)
tami.sims@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABS ENTERTAINMENT, INC., BARNABY RECORDS, INC., BRUNSWICK RECORD CORPORATION, and MALACO, INC., each individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>CBS CORPORATION, CBS RADIO INC., and DOES 1 through 10,<br><br>           Defendants. | Case No. 2:15-cv-06257-PA-AGR<br><br>Hon. Percy Anderson<br><br>**NOTICE OF NINTH CIRCUIT COURT OF APPEALS ORDER** |

Pursuant to the Court's request at the January 15, 2020, Telephonic Conference Call, defendants CBS Corporation and CBS Radio Inc. hereby submit the January 8, 2020, Order issued by the Ninth Circuit Court of Appeals in *Flo & Eddie, Inc. v. Sirius XM Radio Inc.*, No. 17-55844 (the "Order"). A true and correct copy of the Order is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: January 15, 2020  **KATTEN MUCHIN ROSENMAN LLP**

By: /s/ David Halberstadter
     David Halberstadter
Attorneys for CBS Corporation and CBS Radio Inc.

# EXHIBIT A

FILED

JAN 8 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SIRIUS XM RADIO INC., a Delaware corporation, <br><br> Defendant-Appellant. | No. 17-55844 <br><br> D.C. No. 2:13-cv-05693-PSG-GJS Central District of California, Los Angeles <br><br> ORDER |

The appellant's request (included in the status report at Docket Entry No. 21) to lift the stay of appellate proceedings is granted. The stay of appellate proceedings is lifted.

The opening brief is due February 24, 2020. The answering brief is due March 23, 2020. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 01/06/2020/Pro Mo